COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

KARINA MARQUEZ, §

            Appellant, §

v. §

LIONARDO MARQUEZ, §

            Appellee. §

§

No. 08-12-00129-CV

Appeal from the

383rd Judicial District Court

of El Paso County, Texas

(TC# 2010CM1766)

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is the joint motion of Appellant, Karina Marquez, and Appellee, Lionardo Marquez. They request that the Court (1) set aside the judgment of the trial court without reaching the merits of the case; and (2) remand the cause to the trial court to effectuate the mediated settlement agreement of the parties, pursuant to TEX. R. APP. P. 42.1(a)(2).

Rule 42.1(a) permits an appellate court to dispose of an appeal in accordance with an agreement signed by the parties or their attorneys and filed with the clerk. TEX. R. APP. P. 42.1(a). Pursuant to TEX. R. APP. P. 43.2, the appellate court is permitted to "reverse the trial court's judgment and remand the case for further proceedings." TEX. R. APP. P. 43.2(d).

We grant the motion and without reaching the merits of the appeal, we hereby set aside the judgment of the trial court and remand the matter for further proceedings as necessary to effectuate

the parties' agreement.

                    GUADALUPE RIVERA, Justice

July 31, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.